# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ROBERT PHILLIPE BIANCHI,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2598

[June 21, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case Nos. 2017-CF-00847-AXXX, 2017-CF-000850-AXXX, 2016-CF-004484-AXXX(VOP), and 2016-CF-005109-BXXX(VOP).

Flynn P. Bertisch of Law Offices of Flynn P. Bertisch, P.A., West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Paul Patti, III, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***